JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARCIA,<br><br>            Petitioner,<br><br>    v.<br><br>J. GASTELO, Warden,<br><br>            Respondent. | Case No. SACV 18-1638-AG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 9, 2019

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE